| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Tucker, Petrese B. | 2. Court or Organization PA-Eastern District | 3. Date of Report 8/1/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address Room 9613 U.S. Courthouse 601 Market Street Philadelphia, PA 19106-1751 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Avenue of the Arts, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | PA State Retirement Plan |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 18 A 11: 35 FINANCIAL DISCLOSURE OFFICE

**Tucker, Petrese B**

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | PA SERS State Employee Retirement System | $27,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec 08 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. IQPC | 1/24/2008 | New York City, NY | Conference | Conference Reimbursement for travel, lodging and meals |
| 2. NYIPA | 3/27/2008-3/28/2008 | New York City, NY | Conference | Conference Reimbursement for travel, lodging and meals |
| 3. Philadelphia Bar Association | 9/19/2008-9/21/2008 | Atlantic City, NJ | Conference | Conference Reimbursement for travel, lodging and meals |
| 4. Just the Beginning Foundation | 9/26/2008-9/28/2008 | Washington DC | Conference | Conference Reimbursement for travel, lodging and meals |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farm Credit of the Virginias | Mortgage on land | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 2. Bye Creek Farms Inc - stock | | None | | | Distributed | | | | |
| 3. Merrill Lynch Retirement Reserves - money market accounts | A | Interest | M | T | | | | | |
| 4. Branch Banking & Trust | | None | | | Closed | 5/1 | J | | |
| 5. Community National Bank | | None | | | Closed | 2/1 | J | | |
| 6. Land Halifax County, VA | | None | L | W | | | | | |
| 7. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 8. 3M Company | A | Dividend | J | T | Buy | 10/28 | J | | |
| 9. ABB LTD SPON ADR | A | Dividend | | | Sold | 10/30 | J | | |
| 10. ABBOTT LABORATORIES-5.875% 5/15/06 - CORP BONDS | A | Interest | J | T | | | | | |
| 11. Abbott Labs | A | Dividend | J | T | Buy (add'l) | 7/14 | J | | |
| 12. | | | | | Sold (part) | 9/8/ | J | A | |
| 13. ADOBE SYSTEMS | | None | J | T | Buy (add'l) | 3/31 | J | | |
| 14. | | | | | Sold (part) | 7/11 | J | A | |
| 15. AETNA INC NEW | | None | J | T | Buy (add'l) | 10/2 | J | | |
| 16. | | | | | Sold (part) | 11/5 | J | | |
| 17. | | | | | Sold (part) | 5/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALCATEL LUCENT SPD ADR (Y) | | | | | | | | | |
| 19. ALCOA INC | | None | J | T | Buy (add'l) | 11/18 | J | | |
| 20. ALLINZ (Y) | | | | | | | | | |
| 21. Allstate Corp Del | A | Dividend | J | T | Buy (add'l) | 11/18 | J | | |
| 22. ALTERA CORP | | None | J | T | Buy | 10/2 | J | | |
| 23. Altria Group | A | Dividend | J | T | Buy (add'l) | 1/9 | J | | |
| 24. | | | | | Sold (part) | 3/28 | J | A | |
| 25. | | | | | Sold (part) | 11/6 | J | | |
| 26. | | | | | Buy (add'l) | 4/15 | J | | |
| 27. ALUMINA LTD SP ADR (Y) | | | | | | | | | |
| 28. AMAZON COM INC COM | | None | J | T | Buy | 12/12 | J | | |
| 29. AMEREN CORP | A | Dividend | J | T | | | | | |
| 30. AMERICAN EXPRESS-GLOBAL NOTES 6.15% 9/28/2017 | A | Int./Div. | J | T | | | | | |
| 31. AMERICAN TOWER CORP | | None | J | T | Sold (part) | 8/21 | J | | |
| 32. | | | | | Buy (add'l) | 9/11 | J | | |
| 33. AMERISOURCEBERGEN CORP | A | Dividend | J | T | | | | | |
| 34. AMGEN INC COM PV $.0001 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ANGLOGOLD ASHANTI LTD | | None | J | T | Sold (part) | 12/17 | J | | |
| 36. ANNALY CAP MGMT INC | B | Dividend | J | T | Buy | 7/22 | J | | |
| 37. AON CORP COM | | None | J | T | | | | | |
| 38. APACHE CORP | | None | J | T | Buy (add'l) | 6/12 | J | | |
| 39. | | | | | Buy (add'l) | 7/24 | J | | |
| 40. Apple Computer | | None | J | T | Sold (part) | 9/26 | J | B | |
| 41. | | | | | Buy (add'l) | 11/28 | J | | |
| 42. | | | | | Buy (add'l) | 12/12 | J | | |
| 43. | | | | | Buy (add'l) | 3/27 | J | | |
| 44. | | | | | Buy (add'l) | 7/10 | J | | |
| 45. | | | | | Sold (part) | 10/9 | J | | |
| 46. ASTRAZENECA PLC BONDS | A | Int./Div. | J | T | | | | | |
| 47. AT&T | A | Interest | J | T | Sold (part) | 2/15 | J | | |
| 48. AUTOZONE INC NEVADA COM | | None | J | T | Buy (add'l) | 7/3 | J | | |
| 49. BAE SYSTEMS (X) | | None | J | T | | | | | |
| 50. BANCO SANTANDER (Y) | | | | | | | | | |
| 51. Bank of America Corp | A | Dividend | J | T | Sold (part) | 1/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 4/29 | J | | |
| 53. | | | | | Buy (add'l) | 12/15 | J | | |
| 54. BANK OF AMERICA CORPORATE BONDS | A | Interest | J | T | | | | | |
| 55. BARD C R INC (X) | | None | J | T | | | | | |
| 56. BARRICK GOLD CORPORATION | | None | J | T | | | | | |
| 57. BAXTER INTERNATIONAL | A | Dividend | J | T | Sold (part) | 7/14 | J | A | |
| 58. | | | | | Sold (part) | 8/21 | J | A | |
| 59. BECTON DICKINSON CO | A | Dividend | J | T | | | | | |
| 60. BIG LOTS INC COM | | None | J | T | Buy (add'l) | 7/24 | J | | |
| 61. | | | | | Sold (part) | 3/13 | J | | |
| 62. BIOG IDEC | | None | J | T | Buy (add'l) | 1/10 | EN | | |
| 63. | | | | | Sold (part) | 10/9 | J | | |
| 64. BLACK AND DECKER CRP COM | | None | J | T | | | | | |
| 65. BLACKROCK BOND ALLOC TARGET SHS SERIES C | B | Dividend | K | T | Sold (part) | 10/14 | J | | |
| 66. BLACKROCK BOND ALLOC TARGET SHS SERIES M | B | Dividend | K | T | Sold (part) | 10/14 | J | | |
| 67. BMC SOFTWARE INC | | None | J | T | Sold (part) | 10/16 | J | | |
| 68. BOEING CO - GLOBAL BONDS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BOEING COMPANY | | None | J | T | Buy | 4/17 | J | | |
| 70. | | | | | Buy (add'l) | 8/13 | J | | |
| 71. | | | | | Sold (part) | 9/26 | J | | |
| 72. BP PLC | A | Dividend | J | T | | | | | |
| 73. BRISTOL MYER SQUIBB | | None | J | T | Buy | 11/20 | J | | |
| 74. CA Inc | A | Dividend | J | T | | | | | |
| 75. CANADIAN NATURAL RES | A | Dividend | J | T | | | | | |
| 76. Canon Inc ADR Rep5Sh | A | Dividend | J | T | | | | | |
| 77. Caterpillar Inc stock | A | Dividend | J | T | Buy (add'l) | 11/18 | J | | |
| 78. CBS Corp New | A | Dividend | J | T | | | | | |
| 79. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 80. CHUBB CORP | A | Distribution | J | T | Buy | 3/20 | J | | |
| 81. | | | | | Buy (add'l) | 9/26 | J | | |
| 82. CHUNGHWA TELECOM CO ADR (Y) | | | | | | | | | |
| 83. Cisco Systems Inc. | | None | J | T | Buy (add'l) | 11/20 | J | | |
| 84. | | | | | Sold (part) | 2/11 | J | | |
| 85. | | | | | Buy (add'l) | 1/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 2/22 | J | | |
| 87. CITIGROUP INC - SUB NOTES | A | Interest | J | T | | | | | |
| 88. Coca Cola Com | A | Dividend | J | T | Buy (add'l) | 4/10 | J | | |
| 89. | | | | | Buy (add'l) | 11/28 | J | | |
| 90. Colgate Palmolive | A | Dividend | J | T | Sold (part) | 4/10 | J | A | |
| 91. | | | | | Sold (part) | 5/5 | J | A | |
| 92. COLUMBIA VALUE & RESTRUCTURING FUND CL Z | | None | J | T | Buy | 10/20 | J | | |
| 93. COMCAST CORP - BONDS | A | Interest | J | T | Sold (part) | 2/19 | J | A | |
| 94. Comcast Corp New Cl A | | None | J | T | | | | | |
| 95. Computer Science Crp | | None | J | T | | | | | |
| 96. Conoco Phillips | A | Dividend | J | T | Buy (add'l) | 5/8 | J | | |
| 97. | | | | | Buy (add'l) | 9/18 | J | | |
| 98. COSTCO WHOLESALE CRP DEL | | None | J | T | Buy | 3/17 | J | | |
| 99. | | | | | Buy (add'l) | 3/28 | J | | |
| 100. | | | | | Sold (part) | 6/3 | J | A | |
| 101. | | | | | Sold (part) | 6/16 | J | A | |
| 102. | | | | | Sold (part) | 6/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 8/4 | J | | |
| 104. COVIDIEN LTD | | None | J | T | Buy | 5/14 | J | | |
| 105. | | | | | Buy (add'l) | 7/14 | J | | |
| 106. Credit Suisse GP ADR (Y) | | | | | | | | | |
| 107. CURRENCY SHARES EURO TR | | None | J | T | | | | | |
| 108. DAI NIPPON PRTG (X) | | None | J | T | | | | | |
| 109. DAIMLERCHRYSLER NA HOLDING-BONDS 6.5% 11/15/2013 | A | Interest | J | T | | | | | |
| 110. DANAHER CORP DEL | | None | J | T | Buy (add'l) | 4/23 | J | | |
| 111. DEERE CO | | None | J | T | Buy | 3/12 | J | | |
| 112. | | | | | Buy (add'l) | 8/18 | J | | |
| 113. | | | | | Sold (part) | 10/31 | J | | |
| 114. Diageo PLC SPSD ADR | A | Dividend | J | T | | | | | |
| 115. DIAMOND OFFSHORE DRLNG | A | Dividend | J | T | | | | | |
| 116. DOW CHEMICAL CO | A | Dividend | J | T | | | | | |
| 117. DWS DREMAN HIGH | | None | J | T | Sold (part) | 10/17 | J | | |
| 118. E M C CORPORATION MAS | | None | | | Sold (part) | 7/28 | J | | |
| 119. E ON AG | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. EMCANA CORP | | None | J | T | Buy | 9/11 | J | | |
| 121. ENI S P A Sponsored ADR | A | Dividend | J | T | | | | | |
| 122. ENSCO INTL INC COM | | None | J | T | Buy | 8/21 | J | | |
| 123. | | | | | Buy (add'l) | 10/30 | J | | |
| 124. EOG RESOURCES (Y) | | | | | | | | | |
| 125. Ericsson LM Tel CL B ADR (Y) | | | | | | | | | |
| 126. EXELON CORPORATIONS | A | Dividend | J | T | | | | | |
| 127. EXELON CORP BONDS 4.9% 6/15/2015 | A | Interest | J | T | | | | | |
| 128. EXPEDIA INC DEL (Y) | | | | | | | | | |
| 129. Express Scripts Inc Com | | None | J | T | Sold (part) | 9/18 | J | | |
| 130. Exxon Mobil | A | Dividend | K | T | Buy (add'l) | 11/5 | J | | |
| 131. | | | | | Buy (add'l) | 11/18 | J | | |
| 132. | | | | | Buy (add'l) | 11/26 | J | | |
| 133. | | | | | Buy (add'l) | 10/15 | J | | |
| 134. FAMILY DOLLAR STORES (Y) | | | | | | | | | |
| 135. FED NAT'L MORTGAGE ASSOC -7.125% 6/15/2010 | A | Interest | J | T | | | | | |
| 136. FED HOME LN MTG CORP-5.125% 7/15/2015 | | None | J | T | Buy | 4/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. FED HOME LN MTG CORP-6.125% 3/15/2012 | | None | J | T | Buy | 9/18 | J | | |
| 138. FED HOME LN MTG CORP-4.875% 11/15/013 | A | Interest | J | T | Redeemed (part) | 10/9 | J | A | |
| 139. FED HOME LN MTG CORP-5.125% 7/15/2012 | A | Interest | J | T | Redeemed (part) | 1/16 | J | A | |
| 140. FED NAT'L MTG ASSOC-5% 5/11/17 | A | Interest | J | T | Buy (add'l) | 4/1 | J | | |
| 141. FED NAT'L MTG ASSOC-4.75% 12/15/2010 | | None | K | T | Buy | 12/16 | K | | |
| 142. FED NAT'L MTG ASSOC-4.75% 12/15/2010 | | None | J | T | Buy | 8/18 | J | | |
| 143. FED NAT'L MTG ASSOC-5.375% 7/15/2016 | A | Interest | J | T | Redeemed (part) | 5/12 | J | A | |
| 144. | | | | | Redeemed (part) | 5/14 | J | A | |
| 145. FHLMC G1 05 50% 2021 | A | Interest | J | T | | | | | |
| 146. FHLMC GO 343205 50% 2037 | A | Interest | K | T | Buy | 1/18 | K | | |
| 147. FIDELITY ADVISOR NEW | A | Dividend | J | T | | | | | |
| 148. FNMA P190391 6% 2038 | A | Interest | K | T | Buy | 10/27 | K | | |
| 149. FNMA P725690 6% 2034 | A | Interest | J | T | Redeemed (part) | 7/24 | J | | |
| 150. | | | | | Redeemed (part) | 10/9 | J | | |
| 151. | | | | | Redeemed (part) | 12/12 | J | A | |
| 152. FNMA P735580 5% 2035 | A | Interest | J | T | Buy | 5/21 | J | | |
| 153. FNMA P745944 5% 2033 | A | Interest | J | T | Redeemed (part) | 7/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Redeemed (part) | 10/9 | J | | |
| 155. FNMA P745946 5% 2036 | A | Interest | J | T | Redeemed (part) | 7/24 | J | | |
| 156. | | | | | Redeemed (part) | 10/9 | J | A | |
| 157. FNMA P888129 5.5% 2037 | A | Interest | J | T | | | | | |
| 158. FNMA P889579 6% 2038 | A | Interest | J | T | Buy | 10/17 | J | | |
| 159. | | | | | Buy (add'l) | 10/23 | J | | |
| 160. FNMA P910332 5% 2037 | A | Interest | K | T | | | | | |
| 161. FNMA P912872 5.5% 2037 | A | Interest | J | T | | | | | |
| 162. FNMA P916493 5% 2037 | A | Interest | J | T | Redeemed (part) | 2/8 | J | A | |
| 163. FNMA P967524 6% | A | Interest | J | T | Buy | 6/12 | J | | |
| 164. FNMA P988580 6% 2038 | | None | J | T | Buy | 12/11 | J | | |
| 165. FPL Group Inc | A | Dividend | J | T | Sold (part) | 8/11 | J | | |
| 166. FUJIFIM HLDGS CORP ADR | | None | J | T | | | | | |
| 167. GAP INC DELAWARE | | None | J | T | Buy | 4/10 | J | | |
| 168. | | | | | Sold (part) | 12/4 | J | | |
| 169. GDF SUEZ ADR (X) | | None | J | T | | | | | |
| 170. GENENTECH INC | | None | J | T | Buy | 1/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller -- (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/18 | J | | |
| 172. | | | | | Sold (part) | 11/26 | J | A | |
| 173. GENERAL ELECTRIC CAP CORP SENIOR BONDS 5.25% 10/19/2012 | A | Interest | J | T | Buy | 5/6 | J | | |
| 174. | | | | | Buy (add'l) | 5/21 | J | | |
| 175. | | | | | Sold (part) | 10/14 | J | | |
| 176. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 3/26 | J | | |
| 177. | | | | | Sold (part) | 5/21 | J | | |
| 178. Genworth Finl Inc Com (Y) | | | | | | | | | |
| 179. GENZYME CORP | | None | J | T | Buy | 5/22 | J | | |
| 180. Gilead Sciences Inc Com | | None | J | T | Buy (add'l) | 11/18 | J | | |
| 181. GLAXOSMITHKLINE CAPITAL-5.65% 5/15/2018 | A | Interest | J | T | Buy | 5/14 | J | | |
| 182. GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |
| 183. GOLD FIELDS SP ADR NEW (Y) | | | | | | | | | |
| 184. GOLDMAN SACHS GROUP INC - NOTES | A | Interest | J | T | | | | | |
| 185. GOOGLE INC | | None | J | T | Sold (part) | 1/30 | J | A | |
| 186. | | | | | Buy (add'l) | 2/13 | J | | |
| 187. | | | | | Sold (part) | 3/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 3/18 | J | | |
| 189. GROUPE DANONE (Y) | | | | | | | | | |
| 190. Halliburton Company | | None | J | T | | | | | |
| 191. HARBOR INTERNATIONAL (Y) | | | | | | | | | |
| 192. Hartford Financial Services Inc | | None | J | T | | | | | |
| 193. HARTFORD FINL SVCS GRP-6.3% 3/15/ 2018 SENIOR NOTE | A | Interest | J | T | Buy | 3/6 | J | | |
| 194. | | | | | Buy (add'l) | 5/16 | J | | |
| 195. HASBRO INC COM | A | Dividend | J | T | Buy (add'l) | 5/15 | J | | |
| 196. Heineken NV ADR (Y) | | | | | | | | | |
| 197. Hess Corp | | None | J | T | Buy (add'l) | 9/11 | J | | |
| 198. Hewlett Packard Co | | None | J | T | Buy (add'l) | 12/1 | J | | |
| 199. | | | | | Buy (add'l) | 12/18 | J | | |
| 200. | | | | | Sold (part) | 1/10 | J | A | |
| 201. | | | | | Sold (part) | 1/14 | J | A | |
| 202. | | | | | Buy (add'l) | 6/10 | J | | |
| 203. | | | | | Buy (add'l) | 7/22 | J | | |
| 204. Home Depot Inc | A | Dividend | J | T | Buy (add'l) | 1/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Honeywell Intl Inc Del | | None | J | T | | | | | |
| 206. HOST HOTELS & RESORT (X) | A | Dividend | J | T | | | | | |
| 207. HSBC Hldg PLC Sp ADR (Y) | | | | | | | | | |
| 208. IMB CORP 4.47% 11/19/2012 | A | Interest | J | T | | | | | |
| 209. INGERSOLL RAND CO LTD A (Y) | | | | | | | | | |
| 210. Intel Corp | A | Dividend | J | T | Buy (add'l) | 2/5 | J | | |
| 211. | | | | | Buy (add'l) | 2/7 | J | | |
| 212. | | | | | Sold (part) | 9/26 | J | | |
| 213. | | | | | Buy (add'l) | 12/12 | J | | |
| 214. | | | | | Buy (add'l) | 12/19 | J | | |
| 215. International Business Machines | A | Dividend | J | T | Buy (add'l) | 10/21 | J | | |
| 216. | | | | | Buy (add'l) | 4/18 | J | | |
| 217. | | | | | Buy (add'l) | 6/27 | J | | |
| 218. | | | | | Buy (add'l) | 7/11 | J | | |
| 219. | | | | | Sold (part) | 10/2 | J | A | |
| 220. JANUS ADVISOR FORTY | A | Dividend | J | T | | | | | |
| 221. JENNISON SMALL COMPANY (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. JOHN DEERE CORP - GLOBAL BONDS 7% 3/15/2012 | A | Interest | J | T | Buy | 1/23 | J | | |
| 223. JOHNSON AND JOHNSON | A | Dividend | J | T | Buy (add'l) | 9/26 | J | | |
| 224. | | | | | Sold (part) | 12/9 | J | A | |
| 225. JP Morgan Chase & Co | A | Dividend | J | T | Buy (add'l) | 9/26 | J | | |
| 226. | | | | | Sold (part) | 11/26 | J | | |
| 227. | | | | | Sold (part) | 7/11 | J | | |
| 228. | | | | | Sold (part) | 3/12 | J | | |
| 229. | | | | | Sold (part) | 7/24 | J | | |
| 230. JP MORGAN CHASE BONDS | A | Interest | J | T | | | | | |
| 231. JUNIPER NETWORKS INC | | None | J | T | Buy | 11/25 | J | | |
| 232. | | | | | Buy (add'l) | 12/12 | J | | |
| 233. Kimberly Clark | A | Dividend | J | T | Buy (add'l) | 10/8 | J | | |
| 234. | | | | | Sold (part) | 12/12 | J | | |
| 235. KING PHARMACEUTICALS INC | | None | J | T | | | | | |
| 236. KIRIN BREWERY LTD SP ADR | | None | J | T | | | | | |
| 237. KOHLS CORP WISC PV 1CT | | None | J | T | Buy | 7/23 | J | | |
| 238. | | | | | Sold (part) | 9/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/27 | J | | |
| 240. | | | | | Buy (add'l) | 11/4 | J | | |
| 241. | | | | | Buy (add'l) | 11/26 | J | | |
| 242. Kraft Foods Inc | A | Dividend | J | T | Sold (part) | 2/6 | J | | |
| 243. KROGER CO | | None | J | T | Buy (add'l) | 10/27 | J | | |
| 244. | | | | | Buy (add'l) | 11/12 | J | | |
| 245. | | | | | Sold (part) | 8/22 | J | A | |
| 246. | | | | | Sold (part) | 9/10 | J | | |
| 247. | | | | | Buy (add'l) | 9/25 | J | | |
| 248. KT CORP ADR (Y) | | | | | | | | | |
| 249. L-3 COMMUNICATIONS HOLDING | A | Dividend | J | T | Sold (part) | 6/11 | J | A | |
| 250. LEXMARK INTL INC CL A (X) | | None | J | T | | | | | |
| 251. LINCOLN NTL CORP | A | Dividend | J | T | Buy (add'l) | 8/26 | J | | |
| 252. | | | | | Buy (add'l) | 9/23 | J | | |
| 253. | | | | | Buy (add'l) | 10/7 | J | | |
| 254. | | | | | Buy (add'l) | 12/16 | J | | |
| 255. Lockheed Martin Corp | A | Dividend | J | T | Buy (add'l) | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Loews Corp (Y) | | | | | | | | | |
| 257. LONMIN PLC SPON ADR (Y) | | | | | | | | | |
| 258. LOWES COMPANIES | | None | J | T | Buy | 12/11 | J | | |
| 259. MARATHON OIL CORP | A | Dividend | J | T | Buy (add'l) | 8/15 | J | | |
| 260. MARATHON OIL CORP-6% 10/01/2017 | | None | J | T | | | | | |
| 261. MARSH & MCLENNAN COS INC | | None | J | T | Buy | 7/15 | J | | |
| 262. MATTEL INC COM | | None | J | T | | | | | |
| 263. MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 5/19 | J | A | |
| 264. | | | | | Buy (add'l) | 7/14 | J | | |
| 265. | | | | | Sold (part) | 8/12 | J | A | |
| 266. MCKESSON CORPORATION COM | | None | J | T | Sold (part) | 3/6 | J | | |
| 267. Medco Health Solutions | | None | J | T | Sold (part) | 9/11 | J | A | |
| 268. Medtronic Inc. Com | | None | J | T | Sold (part) | 11/20 | J | | |
| 269. Merck & Co Inc | | None | J | T | Sold (part) | 4/22 | J | | |
| 270. Metlife Inc | | None | J | T | Buy (add'l) | 12/12 | J | | |
| 271. | | | | | Buy (add'l) | 3/27 | J | | |
| 272. | | | | | Sold (part) | 10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  METLIFE INC-SENIOR NOTES | A | Interest | J | T | | | | | |
| 274.  MFS RESEARCH BON CL Ā (Y) | | | | | | | | | |
| 275.  MFS RESEARCH INTL FUND (Y) | | | | | | | | | |
| 276.  Microsoft Corp | A | Dividend | J | T | Buy (add'l) | 10/17 | J | | |
| 277. | | | | | Buy (add'l) | 11/14 | J | | |
| 278.  ML Bank USA Rasp Money Market (Y) | | | | | | | | | |
| 279.  MONSANTO CO NEW DEL COM | | None | J | T | | | | | |
| 280.  MORGAN STANLEY - NOTES | A | Interest | J | T | | | | | |
| 281.  MOTOROLA INC (Y) | | | | | | | | | |
| 282.  Nestle S A Rep RG ADR | | None | J | T | | | | | |
| 283.  NEWMONT MINING CORP | | None | J | T | | | | | |
| 284.  NEWS AMERICA INC 5.3% 12/15/2014 | A | Interest | J | T | | | | | |
| 285.  NIPPON TELG&TEL SPDN ADR | | None | J | T | | | | | |
| 286.  NM HOUSEHOLD FIN CORP | A | Interest | J | T | | | | | |
| 287.  NOBLE ENERGY INC | A | Interest | J | T | | | | | |
| 288.  Nokia Corp | A | Dividend | J | T | Buy (add'l) | 5/1 | J | | |
| 289. | | | | | Sold (part) | 8/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 9/11 | J | | |
| 291.  NORTN TRUST CORP | | None | J | T | Sold (part) | 10/9 | J | | |
| 292.  Novartis ADR | | None | J | T | | | | | |
| 293.  NOVELLUS SYS INC | | None | J | T | Sold (part) | 6/12 | J | | |
| 294.  Occidental Petroleum Corp | A | Dividend | J | T | Buy (add'l) | 9/26 | J | | |
| 295. | | | | | Buy (add'l) | 1/30 | J | | |
| 296. | | | | | Sold (part) | 7/29 | J | A | |
| 297.  Oracle Corp | | None | J | | Buy (add'l) | 4/4 | J | | |
| 298. | | | | | Sold (part) | 8/7 | J | A | |
| 299.  PARKER HANNIFIN CORP | | None | J | T | Sold (part) | 8/21 | J | | |
| 300.  PEPSI BOTTLING GROUP INC | | None | J | T | Sold (part) | 6/20 | J | | |
| 301.  Pepsico Inc | A | Dividend | J | T | Buy (add'l) | 7/10 | J | | |
| 302. | | | | | Buy (add'l) | 10/9 | J | | |
| 303.  PETRLEO BRAS VTG SPD ADR | | None | J | T | | | | | |
| 304.  PETRO CANADA (Y) | | | | | | | | | |
| 305.  Pfizer Inc Del PV .05 | A | Dividend | J | T | Buy (add'l) | 3/6 | J | | |
| 306. | | | | | Sold (part) | 7/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. PHILIP MORRIS INTL INC | A | Dividend | J | T | Buy | 7/16 | J | | |
| 308. | | | | | Buy (add'l) | 9/11 | J | | |
| 309. | | | | | Buy (add'l) | 10/9 | J | | |
| 310. | | | | | Buy (add'l) | 11/24 | J | | |
| 311. | | | | | Sold (part) | 12/12 | J | | |
| 312. PIMCO FIXED INCOME SHS SERIES C INSTL | D | Interest | K | T | | | | | |
| 313. PIMCO FIXED INCOME SHS SERIES M INSTL | C | Interest | K | T | Buy (add'l) | 11/10 | J | | |
| 314. PITNEY BOWES INC | | None | J | T | | | | | |
| 315. POTASH CORP SASKATCHEWAN | | None | J | T | Buy | 12/19 | J | | |
| 316. Proctor Gamble | A | Dividend | J | T | Sold (part) | 12/11 | J | A | |
| 317. | | | | | Sold (part) | 12/12 | J | | |
| 318. | | | | | Sold (part) | 5/1 | J | A | |
| 319. PROCTOR GAMBLE 0 4.6% 1/15/2014 GLB | | None | J | T | Buy | 12/23 | J | | |
| 320. PROMISE CO LTD (Y) | | | | | | | | | |
| 321. PRUDENTIAL PLC | | None | J | T | Sold (part) | 7/30 | J | | |
| 322. QLOGIC CORP | | None | J | T | Buy | 10/16 | J | | |
| 323. | | | | | Buy (add'l) | 10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. QUALCOMM INC | | None | J | T | Buy | 1/30 | J | | |
| 325. | | | | | Buy (add'l) | 8/5 | J | | |
| 326. | | | | | Sold (part) | 11/10 | J | | |
| 327. | | | | | Sold (part) | 11/12 | J | | |
| 328. | | | | | Buy (add'l) | 12/19 | J | | |
| 329. QWEST COMM INTL INC COM | A | Dividend | J | T | | | | | |
| 330. RR DONNELLEY SONS | A | Dividend | J | T | | | | | |
| 331. RADIOSHACK CORP | | None | J | T | | | | | |
| 332. RANGE RESOURCES CORP DEL | | None | J | T | Buy | 5/6 | J | | |
| 333. Raytheon Co Delaware New | A | Dividend | J | T | Buy (add'l) | 3/26 | J | | |
| 334. | | | | | Sold (part) | 7/28 | J | | |
| 335. | | | | | Sold (part) | 11/28 | J | | |
| 336. Resolution Trust Funding Corp Coupon Strips 0% - 1/15/12(Y) | | | | | | | | | |
| 337. RETIREMENT RESERVES CL I (X) | B | Dividend | J | T | | | | | |
| 338. REYNOLDS AMERICAN INC | A | Dividend | J | T | | | | | |
| 339. ROCHE HLDG LTD | | None | J | T | | | | | |
| 340. ROYAL DUTCH SHELL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Sanofi Aventis Spon ADR | A | Dividend | J | T | Buy (add'l) | 1/24 | J | | |
| 342. | | | | | Sold (part) | 6/27 | J | | |
| 343. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 344. Schlumberger Ltd | | None | J | T | Buy (add'l) | 11/28 | J | | |
| 345. | | | | | Sold (part) | 12/10 | J | | |
| 346. | | | | | Buy (add'l) | 2/22 | J | | |
| 347. | | | | | Buy (add'l) | 7/7 | J | | |
| 348. | | | | | Buy (add'l) | 7/10 | J | | |
| 349. | | | | | Sold (part) | 10/16 | J | | |
| 350. SEKISUI HSE LD SPONS ADR (Y) | | | | | | | | | |
| 351. SIMON PROPERTIES | | None | J | T | Sold (part) | 11/24 | J | | |
| 352. Singapore Telecomm Lt Ad (Y) | | | | | | | | | |
| 353. STAPLES | | None | J | T | Buy | 5/20 | J | | |
| 354. | | | | | Buy (add'l) | 6/16 | J | | |
| 355. STORO ENSO OYJ SPD ADR | | None | J | T | Buy | 5/19 | J | | |
| 356. Sumitomo Mitsu Finl ADR | | None | J | T | Buy (add'l) | 5/13 | J | | |
| 357. | | | | | Sold (part) | 10/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. SWISSCOM AG ADR | | None | J | T | | | | | |
| 359. SYMANTEC CORP | | None | J | T | Buy | 5/22 | J | | |
| 360. TELECOM ITALIA SPA ADR (Y) | | | | | | | | | |
| 361. TELUS CORP NON VTG SHR | | None | J | T | Buy | 1/3 | J | | |
| 362. Tesco Plc Spnrd ADR (Y) | | | | | | | | | |
| 363. TEXTRON INC (Y) | | | | | | | | | |
| 364. THORNBURG INTERNATIONAL (Y) | | | | | | | | | |
| 365. TIGR Series 12 - 0% - 5/15/08 | | None | | | Sold | 2/2 | J | A | |
| 366. Total S.A. Sp ADR | A | Dividend | J | T | | | | | |
| 367. TRANSOCEAN | | None | J | T | Buy | 4/22 | J | | |
| 368. | | | | | Buy (add'l) | 7/7 | J | | |
| 369. | | | | | Sold (part) | 12/22 | J | | |
| 370. TRAVELERS COS INC | A | Dividend | J | T | Sold (part) | 10/30 | J | | |
| 371. UNILEVER PLC NEW ADR | | None | J | T | Buy | 9/9 | J | | |
| 372. UNION PACIFIC CORP (Y) | | | | | | | | | |
| 373. UNITED STS STL CORP | | None | J | T | Buy | 5/20 | J | | |
| 374. | | | | | Sold (part) | 8/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  United Techs Corp Com | | None | J | T | Buy (add'l) | 10/17 | J | | |
| 376. | | | | | Sold (part) | 6/30 | J | A | |
| 377.  UNUM GROUP | | None | J | T | Buy | 12/4 | J | | |
| 378.  US TREASURY NOTE-2.875% 1/31/2013 | | None | J | T | Buy | 2/15 | J | | |
| 379. | | | | | Redeemed (part) | 10/9 | J | A | |
| 380.  US TREASURY NOTE-3.375% 6/30/2013 | | None | J | T | Buy | 7/18 | J | | |
| 381. | | | | | Redeemed (part) | 10/9 | J | A | . |
| 382.  US TREASURY NOTE-4.25% 11/15/2017 | | None | J | T | Redeemed (part) | 7/24 | J | | |
| 383.  US TREASURY NOTES-4.5% 9/30/2011 | | None | J | T | Buy | 2/15 | J | | |
| 384.  US TREASURY NOTE-5.125% 6/30/2011 | | None | J | T | Buy | 7/18 | J | | |
| 385.  US TREASURY NOTE-4.25% 9/30/2012 | A | Interest | J | T | Buy | 2/12 | J | | |
| 386.  US TRSY INFLATION NOTE.875% 4/15/10 | A | Interest | J | T | | | | | |
| 387.  US TRSY INFLATION NOTE-2.375% 1/15/2017 | | None | J | T | Buy | 10/9 | J | | |
| 388.  US TRSY INFLATION NOTE-3% 7/15/2012 | A | Interest | J | T | | | | | |
| 389.  USD CANADIAN NATURAL RES-5.7% 5/15/2017 | A | Interest | J | T | | | | | |
| 390.  V F CORPORATION | A | Dividend | J | T | | | | | |
| 391.  Valero Energy Corp New | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. VAN KAMPEN | A | Dividend | J | T | | | | | |
| 393. VERIZON COMMUNICATION COM | A | Dividend | J | T | Buy (add'l) | 10/30 | J | | |
| 394. | | | | | Buy (add'l) | 11/17 | J | | |
| 395. | | | | | Sold (part) | 12/19 | J | A | |
| 396. | | | | | Buy (add'l) | 11/28 | J | | |
| 397. Viacom Inc New (Y) | | | | | | | | | |
| 398. Vodafone Grp PLC Spn ADR | | None | J | T | Sold (part) | 4/17 | J | A | |
| 399. WACHOVIA CORP BOND | | None | J | T | | | | | |
| 400. Wal-Mart Stores Inc | | None | J | T | Buy (add'l) | 9/26 | J | | |
| 401. | | | | | Sold (part) | 12/12 | J | | |
| 402. | | | | | Buy (add'l) | 6/16 | J | | |
| 403. | | | | | Buy (add'l) | 6/27 | J | | |
| 404. | | | | | Buy (add'l) | 7/2 | J | | |
| 405. | | | | | Buy (add'l) | 7/14 | J | | |
| 406. | | | | | Buy (add'l) | 5/8 | J | | |
| 407. WALMART STORES INC 5.8% 2/15/2018 | | None | J | T | Buy | 5/16 | J | | |
| 408. WASTE MANAGEMENT INC NEW (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Wellpoint Inc | | None | J | T | Buy (add'l) | 1/7 | J | | |
| 410. | | | | | Sold (part) | 5/8 | J | | |
| 411. WELLS FARGO & CO NEW DEL | A | Dividend | J | T | Buy (add'l) | 1/29 | J | | |
| 412. | | | | | Buy (add'l) | 3/27 | J | | |
| 413. | | | | | Sold (part) | 5/22 | J | | |
| 414. | | | | | Buy (add'l) | 10/9 | J | | |
| 415. WHIRLPOOL CORP | | None | J | T | | | | | |
| 416. WINDSTREAM | A | Dividend | J | T | | | | | |
| 417. WYETH | | None | J | T | Buy (add'l) | 11/20 | J | | |
| 418. XEROX CORP | | None | J | T | | | | | |
| 419. XILINX INC | | None | J | T | Buy | 8/7 | J | | |
| 420. XTO ENERGY | | None | J | T | Sold (part) | 5/28 | J | A | |
| 421. XTO ENERGY INC-6.25% 8/1/2017 | A | Interest | J | T | | | | | |
| 422. Zurich Finl Svcs Spn ADR | A | Dividend | J | T | | | | | |
| 423. ABERCROMBIE & FITCH CO | | None | | | Sold | 4/17 | J | | |
| 424. ACCOM CO LTD SPON ADR | | None | | | Sold | 10/1 | J | | |
| 425. AMDOCS LIMITED | | None | | | Buy (add'l) | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Tucker, Petrese B. | - | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 11/21 | J | | |
| 427. AMERICAN EXPRESS COMPANY | | None | | | Sold | 1/8 | J | | |
| 428. AMERICAN INTERNATIONAL GROUP | | None | | | Sold | 3/20 | J | | |
| 429. Anadarko Pete Corp | | None | | | Sold | 1/30 | J | A | |
| 430. Annheuser Busch Cos Inc | A | Dividend | | | Buy (add'l) | 1/10 | J | | |
| 431. | | | | | Sold (part) | 5/20 | J | | |
| 432. | | | | | Sold | 6/26 | J | A | |
| 433. APOLLO GROUP INC CL A | | None | | | Buy | 1/7 | J | | |
| 434. | | | | | Buy (add'l) | 1/8 | J | | |
| 435. | | | | | Sold | 5/8 | J | | |
| 436. Applied Material Inc | | None | | | Sold (part) | 10/1 | J | | |
| 437. | | | | | Buy (add'l) | 2/27 | J | | |
| 438. | | | | | Buy (add'l) | 3/11 | J | | |
| 439. | | | | | Sold (part) | 7/14 | J | | |
| 440. | | | | | Sold | 11/28 | J | | |
| 441. ASTRAZENECA PLC SPND ADR | | None | | | Sold | 1/24 | J | | |
| 442. AXA | | None | | | Sold | 2/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. BANK NEW YORK MELLON CORP | | None | | | Sold (part) | 8/21 | J | | |
| 444. | | | | | Sold | 9/25 | J | | |
| 445. BANK ONE ISSUE ABS 2003-3.35% 3/1 5/11 | | None | | | Sold | 7/15 | J | A | |
| 446. BEAR STEARNS CO INC - SENIOR N OTES | | None | | | Sold | 3/17 | J | | |
| 447. Burlington N Santa Fe | | None | | | Sold | 1/10 | J | | |
| 448. CITI CC ISSUANCE ABS 2003 3/1% 3/10/ 10 | A | Interest | | | Sold | 3/10 | J | A | |
| 449. Citigroup Inc | | None | | | Buy (add'l) | 5/8 | J | | |
| 450. | | | | | Sold (part) | 3/20 | J | | |
| 451. | | | | | Sold (part) | 6/12 | J | | |
| 452. | | | | | Sold (part) | 10/9 | J | | |
| 453. | | | | | Sold | 11/4 | J | | |
| 454. CITRIX SYSTEMS | | None | | | Sold | 7/11 | J | | |
| 455. CONAGRA FOOD | | None | | | Buy | 7/14 | J | | |
| 456. | | | | | Sold (part) | 10/23 | J | | |
| 457. | | | | | Sold (part) | 11/18 | J | | |
| 458. | | | | | Sold | 11/19 | J | | |
| 459. COVENTRY HEALTH CARE CIN | | None | | | Sold (part) | 4/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 7/3 | J | | |
| 461. CRP PLC | | None | | | Sold | 9/25 | J | | |
| 462. CUMMINS INC | | None | | | Buy | 6/26 | J | | |
| 463. | | | | | Sold | 10/3 | J | | |
| 464. CVS CAREMARK CORP | | None | | | Buy | 1/10 | J | | |
| 465. | | . | | | Buy (add'l) | 1/16 | J | | |
| 466. | | | | | Sold | 9/29 | J | | |
| 467. DBS GROUP HOLDINGS SPN ADR | | None | | | Sold | 10/21 | J | | |
| 468. DEUTSCHE BANK AG LONDON BON DS-5.375% 10/12/12 | A | Interest | | | Sold | 2/12 | J | A | |
| 469. DOMINION RESOURCES, INC-4.125% 2/15/08 | A | Interest | | | Sold | 2/15 | J | | |
| 470. DUKE REALTY CORP NEW | | None | | | Sold (part) | 1/17 | J | | |
| 471. | | | | | Sold | 1/25 | J | | |
| 472. EATON CORP | | None | | | Buy | 6/4 | J | | |
| 473. | | | | | Sold | 9/29 | J | | |
| 474. EBAY INC | | None | | | Sold | 6/18 | J | | |
| 475. ELECTR DATA SYS CORP NEW | | None | | | Sold (part) | 7/10 | J | | |
| 476. | | | | | Sold | 7/11 | J | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  ELECTRONIC ARTS INC DEL | | None | | | Buy | 4/9 | J | | |
| 478. | | | | | Sold | 10/3 | J | | |
| 479.  Emerson Electric Co | | None | | | Sold | 6/27 | J | A | |
| 480.  Fannie Mae (US) Com NPV | | None | | | Sold | 9/11 | J | | |
| 481.  FED HOME LN MTG CORP-5.125% 10/15 /08 | A | Interest | | | Redeemed | 10/15 | J | | |
| 482.  FED NAT'L MTG ASSOC-5.125% 4/15/08 | A | Interest | | | Redeemed | 4/15 | J | | |
| 483.  FED NAT'L MTG ASSOC-3.875% 2/15/10 | A | Interest | | | Redeemed | 12/8 | J | A | |
| 484.  FED NAT'L MTG ASSOC-0% 4/16/2008 | | None | | | Buy | 1/28 | K | | |
| 485. | | | | | Redeemed | 4/16 | K | A | |
| 486.  FED NAT'L MTG ASSOC-3.25% 8/15/08 | A | Interest | | | Redeemed | 8/15 | J | | |
| 487.  FED NAT'L MTG ASSOC-6% 5/15/08 | A | Interest | | | Redeemed | 5/15 | J | | |
| 488.  FED NAT'L MTG ASSOC-6.125% 3/15/2 012 | A | Interest | | | Redeemed | 10/15 | J | A | |
| 489.  FED HOME LN MTG CORP-0% 10/14/200 8 | | None | | | Buy | 4/15 | J | | |
| 490. | | | | | Buy (add'l) | 4/16 | K | | |
| 491. | | | | | Redeemed (part) | 5/16 | J | A | |
| 492. | | | | | Redeemed | 9/4 | J | A | |
| 493.  FED HOME LN MTG CORP-0% 12/15/200 8 | | None | | | Buy | 5/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Redeemed (part) | 10/2 | J | A | |
| 495. | | | | | Redeemed | 12/15 | K | A | |
| 496.  FED NAT'L MTG ASSOC-0% 1/25/08 | | None | | | Redeemed | 1/25 | K | A | |
| 497.  FIRSTENERGY CORP | A | Dividend | | | Buy | 1/9 | J | | |
| 498. | | | | | Sold | 9/12 | J | | |
| 499.  FLEXTRONICS | | None | | | Sold | 1/23 | J | | |
| 500.  FOMENTO ECNMCO MEX SPADR | | None | | | Sold | 10/28 | J | | |
| 501.  FRANKLIN RES INC | | None | | | Buy | 7/28 | J | | |
| 502. | | | | | Sold (part) | 10/9 | J | | |
| 503. | | | | | Sold | 10/10 | J | | |
| 504.  FREDDIE MAC (Y) | | | | | | | | | |
| 505.  GANNETT CO | A | Dividend | | | Sold | 9/18 | J | | |
| 506.  GENERAL MILLS | | None | | | Buy | 10/20 | J | | |
| 507. | | | | | Buy (add'l) | 10/29 | J | | |
| 508. | | | | | Sold | 12/12 | J | | |
| 509.  GENL DYNAMICS | | None | | | Sold | 2/28 | J | A | |
| 510.  GOLDCORP INC | | None | | | Buy (add'l) | 9/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 1/23 | J | B | |
| 512. | | | | | Sold | 10/28 | J | | |
| 513. Goldman Sachs Group Inc | | None | | | Buy (add'l) | 10/17 | J | | |
| 514. | | | | | Sold (part) | 1/7 | J | A | |
| 515. | | | | | Sold | 11/5 | J | | |
| 516. HUMANA INC | | None | | | Sold (part) | 1/10 | J | A | |
| 517. | | | | | Sold (part) | 5/8 | J | | |
| 518. | | | | | Sold (part) | 5/9 | J | | |
| 519. | | | | | Sold | 5/12 | J | | |
| 520. International Paper Co | | None | | | Sold | 12/24 | J | | |
| 521. Intuit Inc Com | | None | | | Sold | 5/15 | J | | |
| 522. JOHN DEERE CAPITAL CORP | | None | | | Sold | 1/15 | J | A | |
| 523. Keycorp New Com | A | Dividend | | | Sold (part) | 8/1 | J | | |
| 524. | | | | | Sold | 8/8 | J | | |
| 525. Lehman Brothers HLDGS Com (Y) | | | | | | | | | |
| 526. MACYS INC | | None | | | Buy | 2/7 | J | | |
| 527. | | | | | Sold | 2/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. MEMC ELECTR MATLS INC | | None | | | Sold | 8/11 | J | | |
| 529. MITSUBISHI CP SPNSRD ADR | | None | | | Buy | 5/13 | J | | |
| 530. | | | | | Sold | 5/13 | J | | |
| 531. MORGAN STANLEY | | None | | | Buy | 2/6 | J | | |
| 532. | | | | | Sold | 6/16 | J | | |
| 533. National-Oilwell Varco Inc | | None | | | Sold | 3/26 | J | A | |
| 534. News Corp LTD | | None | | | Sold | 7/2 | J | | |
| 535. Nike Inc CL B | | None | | | Buy (add'l) | 7/2 | J | | |
| 536. | | | | | Sold (part) | 3/31 | J | A | |
| 537. | | | | | Sold | 12/19 | J | | |
| 538. NM GEL CAP CORP | | None | | | Sold | 5/1 | J | A | |
| 539. Nomura Holdings Inc | | None | | | Sold | 1/18 | J | | |
| 540. Norfolk Southern Corp (Y) | | | | | | | | | |
| 541. NVIDIA | | None | | | Sold | 5/22 | J | | |
| 542. Omnicon Group Corn | | None | | | Sold (part) | 1/10 | J | | |
| 543. | | | | | Sold (part) | 10/27 | J | | |
| 544. | | | | | Sold | 10/28 | J | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. PRECISION CASTPARTS | | None | | | Sold | 9/26 | J | | |
| 546. PRICE T. ROWE GROUP, INC | | None | | | Buy | 7/28 | J | | |
| 547. | | | | | Sold | 11/24 | J | | |
| 548. Radian Group Inc | | None | | | Sold | 7/22 | J | | |
| 549. REGIONS FINL CORP | A | Dividend | | | Sold (part) | 8/12 | J | | |
| 550. | | | | | Sold | 8/15 | J | | |
| 551. RESEARCH IN MOTION | | None | | | Buy (add'l) | 8/11 | J | | |
| 552. | | | | | Buy (add'l) | 8/15 | J | | |
| 553. | | | | | Sold (part) | 1/22 | J | | |
| 554. | | | | | Sold | 11/28 | J | | |
| 555. ROCKWELL AUTOMATION (Y) | | | | | | | | | |
| 556. SEAGATE TECHNOLOGIES | | None | | | Sold | 11/17 | J | | |
| 557. SEMPRA ENERGY | | None | | | Sold | 3/7/ | J | | |
| 558. SOCIETE GENERAL SPN | | None | | | Buy | 1/30 | J | | |
| 559. | | | | | Sold | 5/22 | J | A | |
| 560. SPECTRA ENERGY CORP | | None | | | Sold (part) | 5/27 | J | A | |
| 561. | | | | | Sold | 5/28 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Tucker, Petrese B. | - | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. SPRINT NEXTEL CORP COM SER J | -- | None | | | Sold | 11/3 | J | | |
| 563. STATE STREET CORP | | None | | | Buy (add'l) | 1/8 | J | | |
| 564. | | | | | Sold (part) | 3/11 | J | A | |
| 565. | | | | | Sold | 7/10 | J | | |
| 566. Suez ADR | A | Dividend | | | Sold | 7/25 | J | A | |
| 567. SUN MISCROSYSTEMS INC | | None | | | Sold | 5/7 | J | A | |
| 568. TEXAS INSTRUMENTS | | None | | | Buy | 5/23 | J | | |
| 569. | | | | | Sold | 7/14 | J | | |
| 570. THERMO FISHER SCIENTIFIC | | None | | | Sold (part) | 4/11 | J | B | |
| 571. | | | | | Sold | 4/14 | J | A | |
| 572. TIME WARNER INC GLOBAL NOTES | | None | | | Sold | 2/4 | J | | |
| 573. TNT N V ADR | | None | | | Sold | 7/17 | J | A | |
| 574. UBS AG | | None | | | Buy | 6/6 | J | | |
| 575. | | | | | Sold | 8/1 | J | | |
| 576. US TREASURY BILL-0% 5/15/2008 | | None | | | Buy | 2/15 | J | | |
| 577. | | | | | Redeemed | 5/15 | J | A | |
| 578. US TREASURY BOND-9% 11/15/18 | A | Interest | | | Redeemed | 10/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Tucker, Petrese B. | · | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  US TREASURY BOND-10.625% 8/15/15 | A | Interest | | | Redeemed | 11/15 | J | A | |
| 580.  US TREASURY INFLATION NOTES-3. 625% 1/15/08 | A | Int./Div. | | | Redeemed | 1/16 | J | A | |
| 581.  US TREASURY NOTE-4.375% 8/15/2012 | | None | | | Redeemed | 1/16 | J | A | |
| 582.  US TREASURY NOTES-3.25% 1/15/09 | A | Interest | | | Redeemed | 10/24 | J | A | |
| 583.  US TREASURY NOTE-3.375% 12/15/08 | A | Interest | | | Redeemed | 10/22 | J | A | |
| 584.  US TREASURY NOTE-3.875% 2/15/2013 | A | Interest | | | Buy | 2/4 | J | | |
| 585. | | | | | Buy (add'l) | 4/21 | J | | |
| 586. | | | | | Buy (add'l) | 9/4 | J | | |
| 587. | | | | | Redeemed (part) | 10/9 | J | | |
| 588. | | | | | Redeemed | 11/13 | J | A | |
| 589.  US TREASURY NOTE-4.25% 5/15/2017 | | None | | | Buy | 9/14 | J | | |
| 590. | | | | | Redeemed | 9/24 | J | | |
| 591.  US TREASURY NOTE-4.5% 5/15/2017 | | None | | | Buy | 4/21 | J | | |
| 592. | | | | | Redeemed | 5/12 | J | A | |
| 593.  US TREASURY NOTES-5% 2/15/2011 | A | Interest | | | Redeemed | 12/19 | J | A | |
| 594.  US TREASURY NOTE-5.125% 5/15/2016 | | None | | | Buy | 2/19 | J | | |
| 595. | | | | | Buy (add'l) | 10/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B. | 8/1/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Redeemed (part) | 5/12 | J | A | |
| 597. | | | | | Redeemed | 10/9 | J | | |
| 598. WACHOVIA CORP NEW | | None | | | Sold | 7/24 | J | | |
| 599. WESTERN UN CO | | None | | | Buy | 8/21 | J | | |
| 600. | | | | | Sold | 10/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 8/1/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544